No. 70. Reed v. Beto, Corrections Director. C. A. 5th Cir. (Certiorari granted, 382 U. S. 1025. Argued October 18, 1966.) Motion of petitioner for leave to file supplemental brief, after argument, denied. *Charles W. Tessmer, Clyde W. Woody* and *Emmett Colvin, Jr.*, on the motion.

No. 114. Vaca et al. v. Sipes, Administrator. Sup. Ct. Mo. (Certiorari granted, 384 U. S. 969.) Motions of American Federation of Labor and Congress of Industrial Organizations and Swift & Co. for leave to file briefs, as *amici curiae*, granted. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* for AFL–CIO, and *Robert L. Hecker* and *Earl G. Spiker* for Swift & Co. on the motions.

No. 173. Commissioner of Internal Revenue v. Stidger et ux. C. A. 9th Cir. (Certiorari granted, *ante,* p. 809.) *John A. Reed, Esquire,* of New York, N. Y., a member of the Bar of this Court, is invited to brief and argue this case, as *amicus curiae,* in support of the judgment below.

No. 871, Misc. Cortinez v. Flournoy, Sheriff. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied. Mr. Justice Black and Mr. Justice Stewart would treat the papers submitted as a petition for writ of certiorari, and would grant certiorari.

No. 681, Misc. Dowd v. Alabama;
No. 691, Misc. Saunders v. Reuss, Clerk, et al.; and
No. 708, Misc. Shipp v. Supreme Court of California. Motions for leave to file petitions for writs of mandamus denied.